# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Harvene F. Thompson,<br><br>    Plaintiff,<br><br>v.<br><br>Asset Acceptance, LLC, et al,<br><br>    Defendants, | **JUDGMENT IN A CIVIL CASE**<br><br>CIV 12-8021-PCT-SPL |

___  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_XX_  **Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order of June 5, 2012, granting Plaintiff's Motion to Dismiss, the Complaint and this action are hereby dismissed with prejudice

    June   5,   2012  
Date

BRIAN   D.   KARTH  
DCE/Clerk of Court

.   s/   Ruth E. Williams  
By    Ruth E. Williams  
    Deputy Clerk